In the Matter of DANA M. W., and Others, Children Alleged to be Abused and/or Neglected. RANDALL W., Appellant; JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 1.) [627 NYS2d 611] —Appeal unanimously dismissed without costs (see, Matter of Lisa E. [appeal No. 1], 207 AD2d 983). (Appeal from Order of Jefferson County Family Court, Hunt, J.—Child Abuse and Neglect.) Present—Pine, J. P., Lawton, Wesley, Callahan and Boehm, JJ.